# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 18, 2024

_____

## RESPONSE REQUESTED - SIMILAR CASES

_____

No.  24-6691,      Thomas Sheppheard v. James Justice, Jr.
                   5:23-cv-00530

TO:    James C. Justice
       Mark Allen Sorsaia
       Adam Perry
       Thomas Sheppheard
       J. P.
       Tyler Randall

RESPONSE DUE: 12/23/2024

Response is required to the notice requesting information regarding similar cases on or before 12/23/2024. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Emily Borneisen, Deputy Clerk
804-916-2704